IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
SEP 14 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NUMBER 20-mj-8138-GCS |
| MAURICE THOMPSON, ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Derek Parker, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**Possession with Intent to Distribute Methamphetamine**

On or about September 10, 2020, in Effingham County, within the Southern District of Illinois,

**MAURICE THOMPSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### AFFIDAVIT

I am a Special Agent currently assigned to the FBI Fairview Heights Resident Agency (FVHRA), Springfield Field Office. I have been a Special Agent since July 2017. Prior to becoming a Special Agent, I was a Fairmont City, Illinois, Police Officer for approximately fifteen

(15) years, and for the last ten (10) years, I was assigned to the Drug Enforcement Administration (DEA) Fairview Heights Resident Office as a Task Force Officer.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. Members of the FBI Transnational Organized Crime Western Hemisphere (TOC-West) Task Force, and DEA Chicago, have been investigating the narcotics distribution activities of **Maurice THOMPSON** occurring in the areas of Chicago, Effingham, and Centralia Illinois.

2. In June 2020, the FBI developed a confidential source, hereinafter referred to as CS#1, who identified **THOMPSON** as a pound quantity distributor of methamphetamine from the Chicago, Illinois area. CS#1 stated **THOMPSON** frequently travels from Chicago to Effingham, Illinois, to distribute methamphetamine to several subjects. For the past two years, CS#1 was aware **THOMPSON** sold anywhere from two (2) ounces to two (2) pounds each time to his distributors in Effingham, Illinois. CS#1 learned that **THOMPSON** was recently in California arranging large shipments of drugs to Illinois. CS#1 stated **THOMPSON** would sell pound quantities of methamphetamine for $4,500 pound to $10,000 pound depending on the quality and availability. CS#1 stated **THOMPSON** would often "front" drugs to his customers, and **THOMPSON** would wire transfer payment to his sources of supply in Mexico and California. Agents verified through database checks of money remitter services that **THOMPSON** received money transfers in California from multiple individuals and **THOMPSON** frequently send large sums of money to individuals in Mexico.

3. CS#1 stated **THOMPSON** arranged to deliver approximately one (1) pound of methamphetamine to a customer in Effingham, Illinois, on September 10, 2020. CS#1 stated

2

**THOMPSON** planned to leave Chicago in the afternoon and arrive in Effingham, within the Southern District of Illinois, between 5:00 p.m. and 6:00 p.m.

4. On September 10, 2020, agents received a federal search warrant for the precision location information for a cellular telephone, number (708) 427-8295, utilized by **THOMPSON**. At approximately 2:07 p.m., agents received information that **THOMPSON**'s cellular telephone was in the area of 2901 Martin Luther King Drive, Chicago, Illinois, a location frequented by **THOMPSON**.

5. At approximately 3:07 p.m., information indicated **THOMPSON**'s cellular telephone was in the area of 164th Street and Clifton Park Avenue, Markham, Illinois. The address listed on **THOMPSON**'s Illinois Identification Card is 15729 Clifton Park Avenue, Markham, Illinois.

6. At approximately 3:38 p.m., precision location information indicated **THOMPSON** was traveling south on Interstate 57 in the direction of Effingham, Illinois.

7. At approximately 5:15 p.m., agents observed a dark colored Infiniti G37x, bearing Illinois registration traveling southbound on Interstate 57 near Tuscola, Illinois. Agents initiated surveillance on the vehicle and identified Maurice **THOMPSON** as the passenger. The driver was later identified as **THOMPSON**'s brother, Johnathan Thompson.

8. At approximately 5:55 p.m., law enforcement conducted a traffic stop on the vehicle in Effingham County, within the Southern District of Illinois, after observing several traffic violations. The officers made contact with the occupants and immediately smelled the odor of burnt marijuana emitting from the passenger compartment of the vehicle. The officers also observed two bags of marijuana in plain view and several pieces of marijuana on Johnathan Thompson's lap and near the center counsel. Maurice **THOMPSON** told officers the vehicle

belonged to him, but was in his girlfriend's name because he did not have a license. A subsequent probable cause search of the vehicle's passenger compartment revealed two open bags of marijuana, each containing several grams. Also, concealed behind the carpet liner in the trunk, officers located a white Wendy's food bag containing two plastic bags of suspected methamphetamine. The suspected methamphetamine field tested positive and weighed approximately one (1) pound. The marijuana and the suspected methamphetamine were seized by agents and later secured at the Marion County Sheriff's Department.

9. At approximately 7:00 p.m., agents attempted to interview Johnathan Thompson following advice of *Miranda* rights. Johnathan Thompson admitted possessing and smoking marihuana in the vehicle, denied knowledge of the methamphetamine, but otherwise refused to answer questions.

10. At approximately 8:10 p.m., agents attempted to interview Maurice THOMPSON following advice of Miranda rights. Maurice THOMPSON admitted possessing and smoking marihuana in the vehicle, but denied knowledge of the methamphetamine. THOMPSON stated he is currently on bond for driving on a revoked license and possession of fake identification cards. THOMPSON stated he was recently shot in the head by "the Mexicans," but declined to elaborate. THOMPSON claimed he traveled to Effingham to look for a job "in the oil fields." He otherwise refused to answer questions.

11. A criminal record check on Maurice THOMPSON revealed a March 2020 arrest in Chicago for possession of methamphetamine, possession of cannabis, and traffic violations; a 2018 felony conviction, Cook County, Illinois, for resisting a police officer; and two separate

4

felony convictions (2010 & 2011) in Effingham County, Illinois, for delivery of a controlled substance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
SPECIAL AGENT DEREK PARKER
Federal Bureau of Investigations

STEVEN WEINHOEFT
United States Attorney

*[signature]*
KIT MORRISSEY
Assistant United States Attorney

State of Illinois )
) SS.
County of St. Clair )

Sworn to and subscribed on the 14th day of September 2020.

*[signature]*
GILBERT C. SISON
United States Magistrate Judge